1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney

5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:   (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov    ☐ **ORIGINAL**
8

9  Attorneys for Plaintiff

**FILED**

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION       **4 - 0 8 - 7 0 3 6 0**

13  UNITED STATES OF AMERICA,          )    NO.
                                        )
14              Plaintiff,              )    SEALING APPLICATION AND      **WDB**
                                        )    SEALING ORDER
15  vs.                                 )
                                        )
16  MONLETO LAMONT HOLLY,               )
                                        )
17              Defendant.              )
                                        )
18  _____   )

19      The United States requests that the Complaint, Penalty Sheet, and Arrest Warrant in the

20  above-captioned case filed with the Court on June 16, 2008, be filed under seal until further order

21  of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the

22  United States Attorney's Office or the Federal Bureau of Investigation).  The reason for this

23  request is to facilitate the arrest of the defendant.  Revealing the Complaint may compromise the

24  arrest of the defendant.

25  ////

26  ////

27  ////

28  ////

Document No

District Court
Criminal Case Processing

SEALING APPLICATION AND ORDER

1    WHEREFORE, I respectfully request that the Court issue an Order granting this

2    Application.

3

4    DATED: June 13, 2008                    Respectfully submitted,

5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6

7

8                                            JAMES C. MANN
                                             Assistant United States Attorney
9

10

11                                  **ORDER**

12    · On the government's application, the Complaint, Penalty Sheet, and Arrest Warrant filed

13    with the Court on June 16, 2008, shall be filed under seal until further order of the Court (except

14    that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's

15    Office or the Federal Bureau of Investigation).

16    IT IS SO ORDERED.

17

18    DATED: 16 June 08

19                                            HONORABLE BERNARD ZIMMERMAN
                                             UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28