UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
700 STEWART ST. LOBBY LEVEL
SEATTLE, WA 98101
(206) 370-8400

July 8, 2008

**FILED**

JUL 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Clerk, US District Court
Northern District of California
Internal Box 36060
San Francisco, CA 94102-3434

Re:   **Monleto Lamont Holly**
      Your Case No: **4-08-70360**
      Our Case No: **MJ08-313**

Dear Clerk:

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated July 3, 2008, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/**.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive

*[signature]*

Heather Arent-Zachary
Deputy Clerk

Document No.
3W
District Court
Criminal Case Processing

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MONLETO LAMONT HOLLY.<br><br>　　　　　　　Defendant. | Case No. MJ 08-313<br><br>DETENTION ORDER |

Offense charged:

Possession with intent to distribute cocaine base in the form of "crack."

Date of Detention Hearing: July 3, 2008

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)　　Defendant is charged by complaint filed in the Northern District of California, Case Number 4-08-70360. Defendant made no argument for release and stipulated to detention.

DETENTION ORDER -1

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 3rd day of July, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 03 2008

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CC: USMO

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Monleto Holly,

Defendant,

Case No. MJ08-313

WAIVER OF RULE 5(c)(3)(D) HEARING
and ORDER OF TRANSFER

WAIVER OF RULE 5(c)(3)(D) HEARING

I, Monleto Holly, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a) I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the Northern District of California;

b) I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

08-MJ-00313-WV

c)  If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d)  I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 3rd day of July, 2008.

_____        _____
Defense Counsel                                             Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the  Northern  District of  California . The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 3 day of July, 2008

_____
United States Magistrate Judge

Magistrate Judge Tsuchida

```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED
```

JUL 03 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONLETO LAMONT HOLLY,<br><br>Defendant. | NO. MJ08-313<br><br>MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

   ___ Crime of violence (18 U.S.C. § 3156)

   ___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

   ___ Crime with a maximum sentence of life imprisonment or death

   _X_ Drug offense with a maximum sentence of ten years or more

   ___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

   ___ Felony offense involving a minor victim other than a crime of violence

08-MJ-00313-M

MOTION FOR DETENTION
ORDER/MONLETO HOLLY - 1
MJ08-313

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | __ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 3 | __ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| | X | Serious risk the defendant will flee |
| | __ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    X    Defendant's appearance as required

    X    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

    __    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

    X    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

    __    Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

    __    Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

//
//
//
//
//

MOTION FOR DETENTION
ORDER/MONLETO HOLLY - 2
MJ08-313

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

  <u>X</u>  At the initial appearance

  ___  After continuance of ___ days (not more than 3)

5. <u>Other matters</u>

DATED this  3rd  day of  July , 2008.

                Respectfully submitted,

                JEFFREY C. SULLIVAN
                United States Attorney

                /s/ Brian D. Werner

                BRIAN D. WERNER
                Assistant United States Attorney

MOTION FOR DETENTION
ORDER/MONLETO HOLLY - 3
MJ08-313

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

United States District Court for
the Western District of
Washington

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | MJ08-313 |
| MONLETO LAMONT HOLLY, | ) ) | ORDER APPOINTING |
| Defendant | ) ) ) | FEDERAL PUBLIC DEFENDER |

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 3rd day of July, 2008

_____
United States Magistrate Judge

ORDER APPOINTING F.P.D.



08-MJ-00313-ORD

CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:08-mj-00313-BAT-1

Case title: USA v. Holly  
Other court case number: 4-08-70360 Northern District of California

Date Filed: 07/03/2008  
Date Terminated: 07/03/2008

Assigned to: Hon. Brian A Tsuchida

### Defendant (1)

**Monleto Lamont Holly**  
*TERMINATED: 07/03/2008*

represented by **Lynn C Hartfield**  
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)  
1601 5TH AVE  
STE 700 WESTLAKE CENTER OFFICE TOWER  
SEATTLE, WA 98101  
206-553-1100  
Email: Lynn_Hartfield@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841A=ND.F Possession with Intent

**Disposition**

to Distribute Crack Cocaine

**Plaintiff**

USA            represented by   **Brian D Werner**
US ATTORNEY'S OFFICE (TACOMA)
1201 PACIFIC AVE
STE 700
TACOMA, WA 98402
253-428-3800
Fax: 253-428-3826
Email: brian.werner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2008 | | Arrest of Monleto Lamont Holly on 7/3/2008. (HAZ) (Entered: 07/08/2008) |
| 07/03/2008 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Monleto Lamont Holly (Attachments: # 1 warrant)(HAZ) (Entered: 07/08/2008) |
| 07/03/2008 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Lynn C Hartfield for Monleto Lamont Holly by Hon. Brian A Tsuchida. (HAZ) (Entered: 07/08/2008) |
| 07/03/2008 | 4 | MOTION for Detention by USA as to Monleto Lamont Holly (HAZ) (Entered: 07/08/2008) |
| 07/03/2008 | 5 | Minute Entry for proceedings held before Hon. Brian A Tsuchida- CRD: *HAZ*; AUSA: *B WERNER*; Def Cnsl: *L HARTFIELD*; PTS: *C KNUDSEN*; Time of Hearing: *2:30 PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c) (3) PROCEEDINGS** as to Monleto Lamont Holly held on 7/3/2008. CT reviews financial affidavit and appoints counsel. Defendant advised of rights and charges. Govt moves for detention. Defendant stipulates pending transfer. Defendant signs Rule 5 waiver. CT signs Order of Transfer. Defendant(s) remanded to custody. (HAZ) (Entered: 07/08/2008) |
| 07/03/2008 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to Northern District of California as to Monleto Lamont Holly by Hon. Brian A Tsuchida. (cc: PTS, USMO) (HAZ) (Entered: 07/08/2008) |
| 07/03/2008 | 7 | DETENTION ORDER PENDING TRANSFER as to Monleto Lamont Holly by Hon. Brian A Tsuchida. (cc: PTS, USMO) (HAZ) (Entered: 07/08/2008) |
| 07/08/2008 | 8 | Letter from WD-WA regarding Rule 5 transfer sent as to defendant Monleto Lamont Holly (HAZ) (Entered: 07/08/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2008 13:09:29 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-mj-00313-BAT |
| Billable Pages: | 1 | Cost: | 0.08 |