AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Crack Cocaine;
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Crack Cocaine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   SEE ATTACHMENT

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ MONLETO LAMONT HOLLY

DISTRICT COURT NUMBER
**CR08-469 SBA**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4:08-70360 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction    } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR MONLETO LAMONT HOLLY

**Count 1**: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) - Possession With Intent To Distribute A Schedule II Controlled Substance (Cocaine Base).

*If 851 Information alleging prior felony narcotics conviction filed*:

    (1)    Imprisonment:    Maximum Life Imprisonment
                                               Mandatory Minimum 10 Years Imprisonment
    (2)    Fine:    Maximum $4,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                               Mandatory Minimum 8-Year Term
    (4)    Special Assessment:    $100.00

*If 851 Information alleging prior felony narcotics conviction **not** filed*:

    (1)    Imprisonment:    Maximum 40 Years Imprisonment
                                               Mandatory Minimum 5 Years Imprisonment
    (2)    Fine:    Maximum $2,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                               Mandatory Minimum 4-Year Term.
    (4)    Special Assessment:    $100.00

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR08-469 SBA

UNITED STATES OF AMERICA,

V.

E-filing

MONLETO LAMONT HOLLY,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent
To Distribute Crack Cocaine;
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent
To Distribute Crack Cocaine

---

A true bill.

_____ Deputy Foreman

Filed in open court this __16th__ day of

__July 2008__.

_____ Clerk

Bail, $ _____

7/16/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

**FILED**

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONLETO LAMONT HOLLY,<br><br>Defendant. | No. CR08-469 SBA<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Crack Cocaine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Crack Cocaine<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Crack Cocaine)

On or about May 26, 2007, in the Northern District of California, the defendant,

MONLETO LAMONT HOLLY,

knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, namely, approximately 21.2 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

INDICTMENT

COUNT TWO:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Crack Cocaine)

On or about April 23, 2008, in the Northern District of California, the defendant,

MONLETO LAMONT HOLLY,

knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, namely, approximately 11.5 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

COUNT THREE:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute Crack Cocaine)

On or about June 5, 2008, in the Northern District of California, the defendant,

MONLETO LAMONT HOLLY,

knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, namely, approximately 4.1 [handwritten: 3.5 pcm JXb] grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED:    July 16, 2008            A TRUE BILL.

                                    [signature]
                            Deputy FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

[signature]
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: [signature] )
                AUSA J.C. MANN

INDICTMENT