JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00469-SBA |
| Plaintiff, | STIPULATED REQUEST TO VACATE HEARING DATE TO SEPTEMBER 30, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MONLETO LAMONT HOLLY, | Date:    September 16, 2008 |
| Defendant. | Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

     The above-captioned matter is set on September 16, 2008 for an initial appearance before this Court for status or trial setting. The parties request that the Court continue the hearing to September 30, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between September 15, 2008 and September 30, 2008.

     Defendant Monleto Lamont Holly was arraigned in the above-captioned matter on August 25, 2008. The government produced substantial discovery to counsel for defendant on August 28, 2008, including four CD/DVDs containing digital media. Defense counsel requires additional time to review the discovery produced by the government, and to review the discovery with defendant, to investigate this matter, and to effectively prepare for the hearing taking into

1  account the exercise of due diligence.  The extension is not sought for delay.  The parties agree
2  the ends of justice served by granting the continuance outweigh the best interests of the public
3  and the defendant in a speedy trial.  Therefore, the parties further stipulate and request that the
4  Court exclude time between the date of this stipulation and September 30, 2008 under the
5  Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §
6  3161(h)(8)(B)(iv).

8  DATED: September 15, 2008

11    /s/                                                         /s/
JAMES C. MANN                                          ANTHONY J. BRASS
Assistant United States Attorney          Counsel for Monleto Lamont Holly
12  Counsel for United States

STIP. REQ. TO VACATE STATUS HEARING TO SEPTEMBER 30, 2008 AND TO EXCLUDE TIME
No. CR-08-00469-SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>   Plaintiff, )<br>      )<br>   v. )<br>      )<br>MONLETO LAMONT HOLLY, )<br>      )<br>   Defendant. )<br>      )<br>      )<br>_____ ) | No. CR-08-00469-SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO VACATE HEARING DATE TO SEPTEMBER 30, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    September 16, 2008<br>Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be moved from September 16, 2008 to September 30, 2008, and that time be excluded under the Speedy Trial Act between those dates to allow defense counsel and defendant additional time to review the discovery, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence.  The government produced substantial discovery to counsel for defendant on August 28, 2008, including four CD/DVDs containing digital media.  Defense counsel requires additional time to review the discovery produced by the government, and to review the discovery with defendant, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the

STIP. REQ. TO VACATE STATUS HEARING TO SEPTEMBER 30, 2008 AND TO EXCLUDE TIME
No. CR-08-00469-SBA

1  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §
2  3161(h)(8)(B)(iv),
3      **IT IS HEREBY ORDERED** that the status hearing in this matter is moved from
4  September 16, 2008 to September 30, 2008 at 9:00 a.m., and that time between September 15,
5  2008 and September 30, 2008 is excluded under the Speedy Trial Act to allow for the effective
6  preparation of counsel, taking into account the exercise of due diligence.
7
8  DATED:9/15/08                                                                  _____
                                                               HON. SAUNDRA BROWN ARMSTRONG
9                                                                 United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO VACATE STATUS HEARING TO SEPTEMBER 30, 2008 AND TO EXCLUDE TIME
No. CR-08-00469-SBA