UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00469-SBA |
| Plaintiff, | ) | **ORDER** |
| v. | ) | [Docket No. 9] |
| MONLETO LAMONT HOLLY, | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having before it the parties' joint request to vacate the status hearing set for September 30, 2008, at 9:00 a.m., and set the matter for change of plea and sentencing on December 16, 2008 at 10:00 a.m., and the parties' joint request that time be excluded under the Speedy Trial Act between September 30, 2008 and December 16, 2008 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office, and good cause appearing therefor,

**HEREBY ORDERS** that this matter is set for change of plea and sentencing on December 16, 2008 at 10:00 a.m.  Pursuant to 18 U.S.C. § 3161(h)(1)(I), the ends of justice are served by excluding time between September 30, 2008 and December 16, 2008, for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report and Defense Counsel shall serve a copy of this order on Probation.

IT IS SO ORDERED.

DATED: 9/30/08

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON DECEMBER 16, 2008 & TO EXCLUDE TIME
No. CR-08-00469 SBA