ANTHONY J. BRASS, SBN: 173302
3223 Webster Street
San Francisco, CA 94123
Telephone: (415) 922-5462

Counsel for Defendant
Monleto Lamont Holly

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-00469-1SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER REGARDING SENTENCE** |
| | ) | **REDUCTION UNDER U.S.S.G. §** |
| Monleto Lamont Holly, | ) | **1B1.10(b)(1) (AS AMENDED BY 750,** |
| | ) | **PARTS A & C)** |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The defendant is making an unopposed motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

    Total Offense Level: 25

    Criminal History Category: IV

    Guideline Range: 84 to 105 Months

    Mandatory Minimum: 60 months

Stipulation Reduction Sentence          1

1   3.      Defendant was sentenced to 84 months imprisonment on December 16, 2008.

2   4.      According to the Bureau of Prisons, defendant's current projected release date is March 10, 2014.

4   5.      Effective November, 1, 2011, defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A and C, of the United States Sentencing Guidelines Manual.

7   6.      Defendant's revised guideline calculation is as follows:

Total Offense Level:  23

Criminal History Category: IV

Guideline Range: 70 to 87 months

12   7.      The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

15   8.      Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing defendant's sentence to 70 months.

18   9.      The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

22   10.     Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).

1  11.  Defendant waives his right to appeal the district court's sentence.

2  12.  Accordingly, the parties agree that an amended judgment may be entered by the Court in
3      accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG §
4      1B1.10(b)(1), Amendment 750, Parts A and C, of the Sentencing Commission Guidelines
5      Manual. The parties agree that a proposed amended judgment will be submitted to the
6      Court by the probation office, along with the Sentencing Reduction Investigation Report.

7  IT IS SO STIPULATED:

				/s/
Date: March 27, 2012
				ANTHONY J. BRASS
				Attorney for Defendant

				/s/
Date: March 27, 2012
				BRIAN J. STRETCH
				Assistant United States Attorney

## [PROPOSED] ORDER

Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED that the defendant's sentence is reduced to 70 months; and it is further ORDERED that all original conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

Date: 2/5/13				/s/ Saundra B. Armstrong
				United States District Judge

Stipulation Reduction Sentence				3