MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    James.C.Mann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR-08-00469 SBA |
|---|---|---|
| | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING TO JULY 1, 2014 AND [~~PROPOSED~~] |
| v. | ) | ORDER |
| | ) | |
| MONLETO LAMONT HOLLY, | ) | Date:    May 28, 2014 |
| | ) | Time:    9:30 a.m. |
| Defendant. | ) | Court:   Hon. Donna M. Ryu |
| | ) | |

The above-captioned matter is set on May 28, 2014 before this Court for a status hearing regarding the pending Petition for Arrest Warrant for Offender under Supervision ("Petition"). The conduct charged in the Petition stems from the same conduct charged in an Indictment – defendant's alleged unlawful possession of a firearm – pending before the Honorable Richard Seeborg (Case No. CR-14-00238 RS). Since the Petition and the Indictment stem from the same alleged conduct, the parties request that the Petition trail the proceedings in the Indictment. The next appearance on the

////

////

////

STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 1, 2014 AND [PROPOSED] ORDER
CR-08-00469 SBA

Indictment is set for June 10, 2014 at 2:30 p.m. before the Honorable Richard Seeborg. The parties, therefore, request that this Court continue the May 28th hearing on the Petition to July 1, 2014.

DATED: May 22, 2014

MELINDA HAAG
United States Attorney

_____/s/_____
JAMES C. MANN
Assistant United States Attorney

_____/s/_____
MARK ROSENBUSH
Counsel for Defendant

    IT IS HEREBY ORDERED that the May 28, 2014 hearing in this matter is continued to July 1, 2014 at 9:30 a.m.

DATED: 5/23/14

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 1, 2014 AND [PROPOSED] ORDER
CR-08-00469 SBA