MARK ROSENBUSH
CSB 72436
214 Duboce Avenue
San Francisco, California 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
MONLETO HOLLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR08-0469 SBA |
| ) | |
| Plaintiff, ) | STIPULATED EX PARTE MOTION |
| ) | TO CONTINUE HEARING ON |
| vs. ) | MOTION TO REVOKE SUPERVISED |
| ) | RELEASE and ~~PROPOSED~~ ORDER |
| MONLETO HOLLY, ) | |
| ) | |
| Defendant. ) | Court: Judge Armstrong |
| _____ ) | |

      Based on the declaration of Counsel Mark Rosenbush filed herewith and the stipulation of the United States Attorney, by Assistant United States Attorney Will Frentzen, defendant MONLETO HOLLY hereby moves the Court, on an *ex parte* basis pursuant to Criminal Local Rule 47-3, to continue the hearing on the motion to revoke Mr. Holly's supervised release from

//
//
//
//
//
//

*Holly: Mot. Continue*                                                                                                  1

September 16, 2014, to January 6, 2015, at 10:00 a.m.  This continuance is requested in order to facilitate resolution of this matter.

Dated: September 12, 2014.

      /s/ Mark Rosenbush

MARK ROSENBUSH
Attorney for Defendant
MONLETO HOLLY

**IT IS SO STIPULATED**

Dated: September 12, 2014.

      /s/ Will Frentzen

WILL FRENTZEN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: September _____15_____, 2014.

Hon. SAUNDRA BROWN ARMSTRONG
United States District Judge

## DECLARATION OF COUNSEL

I, Mark Rosenbush, state the following:

1. I have been appointed by the Court to represent defendant Monleto Holly in this matter, as well as Mr. Holly's contemporaneous pending criminal case.

2. Mr. Holly is presently charged by indictment, in case number CR14-0238 RS, with one count of felon in possession of a firearm in violation of 18 U.S.C. section 922(g).  That case involves Mr. Holly's alleged possession of a firearm on March 25, 2014, in San Francisco, when he was arrested by officers of the San Francisco Police Department.  Mr. Holly's revocation matter (this Form 12 proceeding) and the pending criminal matter are based on the same March 25, 2014, transaction.

3. Mr. Holly has entered a plea of guilty in the criminal case and is set for sentencing in December of 2014.  The parties agree that once Mr. Holly is sentenced in the new criminal

*Holly: Mot. Continue*                                                                                                        2

case, Mr. Holly will admit the currently pending Form 12 violations, and present the matter to this Court for sentencing. The parties are jointly requesting January 6, 2014 at 10 a.m. for that appearance. Based on agreement of the parties, and discussions with the Magistrate at previous callings of this matter, the Form 12 has been trailing disposition of the new criminal charge. The parties, and presumably Probation, intend to brief this matter for the Court prior to the requested date.

4. I have discussed this motion with the AUSA assigned to this matter, Will Frentzen, and he indicated the government stipulates to a continuance to January 6, and authorized me to so represent on his behalf in this motion.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed this 12th day of September, 2014, in San Francisco, California.

           /s/ Mark Rosenbush

           MARK ROSENBUSH
           Attorney for Defendant
           MONLETO HOLLY

**MEMORANDUM OF POINTS AND AUTHORITIES**

The Criminal Local Rules state:

> An *ex parte* motion is a motion filed and submitted for immediate determination by the assigned Judge without giving an opposing party the amount of advance notice which is otherwise required by statute, federal rule or local rule. Unless relieved by these local rules or by order of a Judge for good cause shown or unless being filed under seal pursuant to a statute or federal or local rules, a party making an *ex parte* motion shall nevertheless give reasonable advance notice of the motion to an opposing party.

Northern Dist. of Cal. Crim Local. Rules, Rule 47-3(a). Motions to continue are not specifically authorized under the local rules as motions for which relief may be sought on an *ex parte* basis. Leave of the Court is therefore required before a continuance motion can be submitted and decided pursuant to Rule 47-3. Defendant hereby requests that the Court decide this matter on an *ex parte* basis. The parties previously discussed the matters addressed herein and agree that due

*Holly: Mot. Continue*            3

to the immediacy of the hearing date, and the continuing pendency of the related criminal case, as well as the parties' agreement on the matter, a hearing on this motion is not necessary.

In deciding whether to grant a defendant's motion to continue, the Court must consider, among other factors, (1) the extent of the defendants' diligence in readying the defense; (2) the likelihood that the requested continuance would satisfy the defendant's needs; (3) the inconvenience to the court, the opposing party, and witnesses; and (4) the extent to which the defendant may be prejudiced by denial of the requested continuance.  See *United States v. Tham*, 960 F.2d 1391 (9th Cir. 1992).

Mr. Holly and the government agree that a continuance of Mr. Holly's revocation matter is appropriate in order to allow Mr. Holly to be sentenced on the new criminal case before the hearing on the revocation of supervised release matter.  The parties believe that resolving the new case first will both facilitate and inform sentencing on this Form 12 proceeding, and thereby preserve both the Court's and the parties' resources.

For the foregoing reasons, Mr. Holly requests that the Court continue the hearing on this matter to January 6, 2015, at 10:00 a.m.

Dated: September 12, 2014.                                          Respectfully Submitted,

                                                                                               /s/ Mark Rosenbush

                                                       MARK ROSENBUSH
Attorney for Defendant
MONLETO HOLLY